UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDA RATIVO,<br><br>   Plaintiff,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC, ET AL.,<br><br>   Defendants.<br>_____/ | No. C 08-5188    JL<br><br>**ORDER OF DISMISSAL** |

Plaintiff on January 9, 2009 filed a Request for Dismissal without prejudice. This requests dismissal of "this action," therefore the dismissal applies to all defendants, including any who have not been served, and terminates the case.

Defendants' motions to dismiss (Docket Numbers 7 and 11), are noticed for hearing on February 4, 2009. Plaintiff's counsel, Tracy Wood, filed a Notice of Unavailability for the time period December 28, 2008 through January 31, 2009. Neither of the served defendants asserts any counterclaims.

Accordingly, this Court hereby enters this Order of Dismissal pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and terminates the case. The hearing for February 4 is hereby vacated. The Clerk shall close the file.

1   IT IS SO ORDERED.
2  DATED: January 13, 2009

_____
James Larson
Chief Magistrate Judge