PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
JEFF STIVERS

JAMES R. ROSE (SBN 109726)
KATHARINE HELDT FALACE (SBN 222744)
THE LAW OFFICES OF JAMES R. ROSE
1500 Railroad Avenue
St. Helena, California 94574
Telphone: 707-967-9656
Facsimile: 707-963-0771

Attorneys for Defendants
ALDO NUNEZ dba LA PRIMA PIZZA;
ELIZABETH NUNEZ; ADAMS ASSOCIATES,
A LIMITED PARTNERSHIP; SMITH FAMILY
TRUST

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALDO NUNEZ dba LA PRIMA PIZZA; ELIZABETH NUNEZ; ADAMS ASSOCIATES, A LIMITED PARTNERSHIP; SMITH FAMILY TRUST; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | Case No. C08-05188 CW<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR JOINT INSPECTION OF PREMISES**<br><br>Case Filed: November 17, 2008<br>Trial Date: Not Set Per General Order 56 |

This is an Americans with Disabilities Act (ADA) Title III access case, assigned to General Order 56.

Plaintiff JEFF STIVERS, through his counsel, Paul Rein, and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. 08-05188 CW                    -1-              S:\CM\Cases\L\La Prima Pizza\Pleadings\STIP TO CONT SITE INSP.wpd

1  Defendants ALDO NUNEZ dba LA PRIMA PIZZA, et al., through their counsel,
2  James Rose, hereby stipulate to continue the deadline on which the joint
3  inspection of premises must be completed until March 24, 2009. That is the
4  first date that all parties and plaintiff's expert witness are available. The parties
5  have agreed to have plaintiff's General Order 56 inspection by attorneys and
6  expert consultants take place on that date, and the parties to thereafter exchange
7  information and meet and confer regarding possible settlement.

9  Dated: February 9, 2009          LAW OFFICES OF PAUL L. REIN

12                                  By CELIA McGUINNESS
                                    Attorneys for Plaintiff
13                                  JEFF STIVERS

14  Dated: _____, 2009         THE LAW OFFICES OF JAMES R. ROSE

17                                  By KATHARINE HELDT FALACE
                                    Attorneys for Defendants
18                                  ALDO NUNEZ dba LA PRIMA PIZZA;
                                    ELIZABETH NUNEZ; ADAMS
19                                  ASSOCIATES, A LIMITED
                                    PARTNERSHIP; SMITH FAMILY
20                                  TRUST

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. 08-05188 CW                    -2-                    S:\CM\Cases\L\La Prima Pizza\Pleadings\STIP TO CONT SITE INSP.wpd

1  Defendants ALDO NUNEZ dba LA PRIMA PIZZA, et al., through their counsel,
2  James Rose, hereby stipulate to continue the deadline on which the joint
3  inspection of premises must be completed until March ____, 2009. That is the
4  first date that all parties and plaintiff's expert witness are available. The parties
5  have agreed to have plaintiff's General Order 56 inspection by attorneys and
6  expert consultants take place on that date, and the parties to thereafter exchange
7  information and meet and confer regarding possible settlement.

9  Dated: _____, 2009        LAW OFFICES OF PAUL L. REIN

12                                   By CELIA McGUINNESS
                                     Attorneys for Plaintiff
13                                   JEFF STIVERS

14  Dated: 2-5 _____, 2009      THE LAW OFFICES OF JAMES R. ROSE

17                                   By KATHARINE HELDT FALACE
                                     Attorneys for Defendants
18                                   ALDO NUNEZ dba LA PRIMA PIZZA;
                                     ELIZABETH NUNEZ; ADAMS
19                                   ASSOCIATES, A LIMITED
                                     PARTNERSHIP; SMITH FAMILY
20                                   TRUST

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. 08-05188 CW                 -2-              S:\CM\Cases\U\La Prima Pizza\Pleadings\STIP TO CONT SITE INSP.wpd

# ORDER

Good cause being shown pursuant to the parties' stipulation, it is hereby ORDERED that the deadline for completing the site inspection of the premises is continued until March 24, 2009.

IT IS SO ORDERED.

Dated: February 11, 2009

_____
HON. CLAUDIA WILKEN

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO COMPLETE SITE INSPECTION
CASE NO. 08-05188 CW

-3-

S:\CM\Cases\L\La Prima Pizza\Pleadings\STIP TO CONT SITE INSP.wpd