IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS, | No. C 08-05188 CW |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING CASE |
| v. | |
| ALDO NUNEZ, dba La Prima Pizza Restaurant, | |
| Defendant. | |

Pursuant to the Consent Decree and Order filed October 5, 2009,

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. The Court shall retain jurisdiction of this action to enforce the provisions of the Consent Decree for twelve (12) months after the date of the Consent Decree and Order, or until the injunctive relief and attorney fees, costs and litigation expenses contemplated by the Consent Decree and Order are completed, whichever occurs later. Should further proceedings in this litigation become necessary or desirable, any party may initiate it

in the same manner as if this Order had not been entered.

Dated: 2/17/10

_____
CLAUDIA WILKEN
United States District Judge