PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
JEFF STIVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS,<br><br>    Plaintiff,<br><br>v.<br><br>ALDO NUNEZ dba LA PRIMA PIZZA; ELIZABETH NUNEZ; ADAMS ASSOCIATES, A LIMITED PARTNERSHIP; SMITH FAMILY TRUST; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | Case  No. C08-05188 CW<br><br><u>Civil Rights</u><br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |

Plaintiff's "Motion for Administrative Relief from General Order 56, Per Rule 7-11" is GRANTED and the Court hereby removes this case from General Order 56.

///

///

///

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO.C08-05188 CW               S:\CASES\L\LA PRIMA PIZZA\PLEADINGS\GO 56 Relief\ADMIN RELIEF [PROPOSED] ORDER.PL.wpd

1  **IT IS SO ORDERED.**

3  Dated: May 28, 2010

_____
Hon. CLAUDIA WILKEN
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO.C08-05188 CW                    S:\CASES\L\LA PRIMA PIZZA\PLEADINGS\GO 56 Relief\ADMIN RELIEF [PROPOSED] ORDER.PL.wpd